UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| POPULAR ENTERPRISES, LLC, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WEBCOM MEDIA GROUP, INC., )<br>    Defendant. ) | No. 3:03-CV-565<br>(Phillips) |

## ORDER

There being no timely objection by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 44] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on September 30, 2005, is hereby **ACCEPTED IN WHOLE** whereby plaintiff's motion for attorney's fees [Doc. 40] is **GRANTED.** Accordingly, plaintiff is awarded $141,030.60 in attorney's fees and costs from defendant Webcom Media Group, Inc.

**IT IS SO ORDERED.**

                      **ENTER:**

                          s/ Thomas W. Phillips
                      United States District Judge